IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| SHAWN M. GILBERT, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:17-cv-70 |
| ) | |
| v. ) | JUDGE |
| ) | |
| STATE FARM INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION.

1. On January 25, 2017, an action was filed against Defendant, State Farm Fire and Casualty Company (incorrectly identified as State Farm Insurance Co. in the Complaint), in the Common Pleas Court of the State of Ohio, in and for Montgomery County entitled Shawn M. Gilbert v. State Farm Insurance Co., Case No. 2017 CV 00400, and said action was commenced by service of a copy of the Complaint and Summons upon Defendant on January 30, 2017, a copy of which is attached. Defendant has caused an Answer to be filed, a copy of which is attached hereto. No further proceedings have been had herein.

2. The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this court by petitioner defendant herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states. The Plaintiff who is suing State Farm,

at the time this action was commenced, was and still is a citizen of the State of Washington; and the Defendant State Farm, at the time this action was commenced, was and still is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois and was not and is not a citizen of the State of Ohio wherein this action was brought.

3. Defendant desires to remove this action into this Court as provided in 28 U.S.C. § 1446(b) and does so within the 30-day requirement.

WHEREFORE, Defendant notifies all parties that the above action now pending in the Court of Common Pleas in the State of Ohio in and for Montgomery County is removed to the United States District Court for the Southern District of Ohio, Western Division at Dayton.

        Respectfully submitted,

        GALLAGHER, GAMS, PRYOR,
        TALLAN & LITTRELL, L.L.P.

        By: /s/ Mark H. Gams
        MARK H. GAMS (0025362)
        Attorney for Defendant, State Farm
        Fire and Casualty Company
        471 East Broad Street, 19th Floor
        Columbus, Ohio 43215-3872
        (614) 228-5151 FAX: (614) 228-0032
        mgams@ggptl.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon the following by ordinary U.S. mail service this 1st day of March, 2017:

Dwight D. Brannon
Matthew C. Schultz
130 W. Second Street, Suite 900
Dayton, Ohio  45402
Attorneys for Plaintiff

                                                        GALLAGHER, GAMS, PRYOR,
                                                      TALLAN & LITTRELL, L.L.P.


By:        /s/ Mark H. Gams
      MARK H. GAMS        (0025362)
      Attorney for Defendant, State Farm
      Fire and Casualty Company


mhg\200706\pl 04 kh