IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

SHAWN M. GILBERT,              )
                               )
       Plaintiff,         )  Case No. 3:17-cv-70
                               )
v.                             )  JUDGE THOMAS M. ROSE
                               )
STATE FARM INSURANCE CO.,      )
                               )
       Defendant.         )

## SETTLEMENT AND DISMISSAL ENTRY

This day came the parties by their counsel and it appearing that this action has been settled, and the settlement monies agreed upon paid to the Plaintiff, this action is dismissed with prejudice to the bringing of a new action against the Defendant. Each party to bear its own costs.

December 22, 2017                           *s/Thomas M. Rose

---

                                               THOMAS M. ROSE,
                                               UNITED STATES DISTRICT JUDGE

APPROVED:

BRANNON & ASSOCIATES

By:   /s/ Matthew C. Schultz  (per email authority 12-20-17)
    MATTHEW C. SCHULTZ      (0080142)
    Trial Attorney for Plaintiff
    130 W. Second Street, Suite 900
    Dayton, Ohio 45402
    (937) 228-2306  FAX: (937) 228-8475
    mschultz@branlaw.com

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL, L.L.P.


By: /s/ Mark H. Gams
    MARK H. GAMS    (0025362)
    Trial Attorney for Defendant, State Farm
    Fire and Casualty Company
    471 East Broad Street, 19th Floor
    Columbus, Ohio 43215-3872
    (614) 228-5151  FAX: (614) 228-0032
    mgams@ggptl.com


mhg\200706\pl 09 kh